1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 GENE ALLEN,                    )
       #76542            )

10                         )
       Plaintiff,        )      3:09-cv-00424-LRH-RAM

11                         )
vs.                    )

12                         )      **ORDER**
NEVADA DEPARTMENT OF PUBLIC  )

13 SAFETY AND PAROLE AND     )
PROBATION, *et al.*,        )

14                         )
       Defendants.       )

15 _____/

16       On November 3, 2009, the court dismissed this action without prejudice (docket #10) and

17 judgment was entered by the Clerk on November 4, 2009 (docket #11).

18       On May 20, 2010, plaintiff filed what he called a motion for leave to file a motion to vacate a

19 judgment denying h/c relief (docket #12) and on June 30, 2010, plaintiff filed what he called a motion

20 to vacate judgment denying h/c relief (docket #13).  First, this case was closed almost seven months

21 before plaintiff sought to file a motion to vacate judgment.  As such, the motions are untimely.

22 Moreover, each of the purported motions is undecipherable; they simply set forth disconnected phrases

23 and legal standards from case law.

24       **IT IS THEREFORE ORDERED** that plaintiff's motion for leave to file motion to vacate a

25 judgment denying h/c relief (docket #12) and motion to vacate a judgment denying h/c relief (docket

26 #13) are **DENIED**.

27 //

28

1        **IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case.

2   Any such documents shall be returned, unfiled, to plaintiff.

3

4        DATED this 5th day of February, 2011.

5

6                                                    _____

7                                                    LARRY R. HICKS
                                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28